AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

RECEIVED

2026 SEP -8 P 1:59

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America
v.
Cameron Silmon
*Defendant(s)*

Case No. 3:26mj133 JTA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 26, 2026 in the county of Tallapoosa in the Middle District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S.C. § 922 (o) | Illegal Possession of a Machine Gun |
| Title 26, U.S.C. § 5861 (d) | Possession of an Unregistered Firearm |
| Title 26, U.S.C. § 5861(f) | Making of a Firearm in Violation of the National Firearms Act |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Justin Freine, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/08/2026

[signature]
*Judge's signature*

City and state: Montgomery, Alabama

Jerusha T. Adams, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Justin Freine, being duly sworn, depose and state the following:

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Task Force Officer since June 2025. I have been a sworn law enforcement officer in the state of Alabama since 2013. Since being a sworn law enforcement officer, I have received additional training in illegal narcotics, illegal firearms, street gangs, and various other criminal activities. I have been a part of and assisted on multiple investigations with multiple federal agencies to include ATF, DEA, and USMS. I make this affidavit in my official capacity as a Task Force Officer with ATF. This affidavit is based upon my present knowledge obtained during my investigation as well as information provided to me by other law enforcement officers.
2. On June 26, 2026, Officer Rembert with the Alexander City Police Department conducted a traffic stop on a gray 2017 Charger (Tag#A3P6CY) on 11th Avenue North near Tallapoosa Street in Alexander City, AL for illegal window tint. Officer Rembert made contact with the driver of the vehicle, who was identified as Cameron Silmon.
3. Officer Rembert could smell the odor of marijuana coming from the vehicle. Officer Rembert detained the occupants of the vehicle and began an interior search. Officer Rembert located 3 large bags of marijuana that weighed approximately 1.9 ounces.
4. At this point Tallapoosa County Narcotics Task Force Agents arrived on scene. These agents assisted Officer Rembert with the search of the vehicle. Agents located a large amount of plastic baggies and a black digital scale inside the vehicle, which agents knew from their training and experience indicated the packaging, weighing, and sale of drugs. Agents also located a 3D printed pistol lower. The 3D printed pistol lower is the bottom portion of a handgun. It is designed to hold the ammunition in place and to give the user a place to grip the

firearm while it is being used. This lower, by itself, is not classified as a "firearm."

5. The amount of marijuana, plastic baggies, and digital scale led agents to believe that Cameron Silmon was selling marijuana. Agents obtained a search warrant for Silmon's residence at 1249B J Street Alexander City, AL 35010.

6. Agents executed the search warrant on June 26, 2026, and located approximately 15 grams of marijuana, an AR pistol without a serial number, a PSA rifle (s/n: GRD001552), one 3D printed lower for a rifle, three 3D printed lowers for a pistol, a 3D printed silencer with no serial number, a Bambu brand 3D printer, several empty vacuum seal bags, and approximately $10,279 in assorted US Currency. The 3D printer was located inside Silmon's bedroom. It should be noted that all of the 3D printed lowers are merely parts of a firearm and are not considered "firearms" by themselves.

7. The Bambu brand 3D printer recovered inside Silmon's room during the search warrant was examined by agents. Inside the 3D printer was an SD card, which was further examined by agents. Located on the SD card were ten 3D file templates for the manufacturing of Glock switch style machinegun conversion devices, two 3D file templates for the manufacturing of Swift Link style machinegun conversion devices, one video file dated June 22, 2026 showing the real time manufacturing of eight Glock switch style machinegun conversion devices, one video file dated June 2, 2026 showing the real time manufacturing of a Swift Link style machinegun conversion device, and one video file dated June 26, 2026 showing the real time manufacturing of a 3D printed suppressor. The templates are the "recipes" used by the 3D printer when it creates items. In this case, the "recipes" were for Glock switch style machinegun conversion devices and Swift Link style machinegun conversion devices. Each of these video files are recordings from the internal camera of the Bambu brand 3D printer.

The video files are real-time videos automatically recorded by the internal camera of the items it manufactures, as they are being manufactured. The dates of the video files correspond with the dates the actual items were created by the 3D printer. It should be noted that the suppressor being made in the video file dated June 26, 2026, appears to be the same suppressor located in Silmon's bedroom during the execution of the search warrant.

8. Two days prior, on June 24, 2026, Cameron Silmon was pulled over for a traffic violation. His vehicle was searched due to the odor of marijuana coming from the vehicle. There was no marijuana located in the vehicle at this time. However, there were several empty plastic baggies. Silmon told the officers that he had a business where he manufactured and sold 3D printed trigger assemblies for firearms. He stated that the empty baggies were for his business. Silmon utilizes myshopify.com to sell these items.

9. Based on the foregoing facts, there is probable cause to believe that on or before June 22, 2026, Cameron Silmon, committed violations of Title 18, U.S.C. § 922(o), Illegal Possession of a Machine Gun; Title 26, U.S.C. § 5861(d), Possession of an Unregistered Firearm; and Title 26, U.S.C. § 5861(f), Making of a Firearm in Violation of the National Firearms Act. These

10. violations occurred within Tallapoosa County which is located within the Middle District of Alabama.

Respectfully submitted,

Justin Freine
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms And Explosives (ATF)

Sworn to and subscribed before me
this 8th day of September 2026.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE